AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR29 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 21427-047 |
| | ) | |
| TERREECE D. LEWIS | ) | JULIE B. HANSEN |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 7/27/2007 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon the parties' joint stipulation for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such stipulation,

**IT IS ORDERED** that the stipulation is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 30 months is reduced to 24 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 19 | Amended Offense Level: | 17 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 30 to 37 months | Amended Guideline Range: | 24 to 30 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated July 27, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 9th day of May, 2008
Effective Date: Friday, May 23, 2008

                                              s/ Laurie Smith Camp
                                              United States District Judge